

FILED
CLERK, U.S. DISTRICT COURT
NOV - 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>PIERRE ANTOINE BATE,<br><br>A Fugitive from the Government of the United Kingdom, | Case No.: M 15-2031<br><br>ORDER OF DETENTION |

On November 3, 2015, fugitive Pierre Antoine Bate ("fugitive") appeared before the Court for initial appearance following his arrest on a complaint for provisional arrest with a view towards extradition. According to the complaint, an arrest warrant has been issued by a court in the United Kingdom for the fugitive for various violations of law in the United Kingdom, including burglary with intent to rape, rape, indecent assault, false imprisonment and assault resulting in actual bodily harm.

The Court has reviewed the Complaint, the Government's request for detention pending extradition proceedings and the report prepared by pretrial services and has considered the facts set forth in that report and the recommendation of detention pending extradition proceedings.

As noted in the government's brief in support of detention, there is a presumption against bail in foreign extradition circumstances and only "special circumstances" can justify release on bail. <u>United States v. Salerno</u>, 878 F.2d 317, 317 (1989). Special circumstances include, but are not limited to, factors which permit the Court to find that the fugitive is not a flight risk or a danger to the community. The fugitive bears the burden of demonstrating special circumstances justifying release. The Court finds that the fugitive has failed to present any such circumstances here. In addition, the Court has reviewed the criminal history reported in the Pretrial Services report, and the allegations in the Complaint and is unable to find that such special circumstances exist in this matter. Accordingly, the Court finds that the fugitive's release on bail will pose both an unacceptable risk of flight and a danger to the community. Therefore, the fugitive will be detained pending further proceedings in this extradition matter.

IT IS THEREFORE ORDERED that the fugitive be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

IT IS FURTHER ORDERED that the fugitive be afforded reasonable opportunity for private consultation with counsel.

IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED: 11-3-15

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE